Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Lily Choyce*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lily Choyce, *individually and on behalf of those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Bay Area Credit Service LLC,<br><br>Defendant. | Case No.: 2:16-cv-02596-JCM-PAL<br><br>**Status Report** |

1     COMES NOW Plaintiff Lily Choyce in the above-captioned action and represents to the Court that the parties have resolved their differences in their entirety and anticipate submitting dismissal documents within the next sixty (60) days—on or before **November 27, 2017**.

DATED this 29th day of September 2017.

                                         Respectfully submitted,

                                         **KAZEROUNI LAW GROUP, APC**

                                         By:  /s/ Michael Kind
                                                  Michael Kind, Esq.
                                                  6069 S Fort Apache Road, Suite 100
                                                  Las Vegas, Nevada 89148
                                                  *Attorneys for Plaintiff*

**IT IS SO ORDERED** this 6th day of October, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

1 **CERTIFICATE OF SERVICE**

2     I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil
3 Procedure that on September 29, 2017, the foregoing Status Report was filed and
4 served via CM/ECF to all parties appearing in this case.

5
6                          **Kazerouni Law Group, APC**

7                          By: /s/ Michael Kind
8                               Michael Kind
                                6069 South Fort Apache Road, Suite 100
9                               Las Vegas, Nevada 89148

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28