Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Lily Choyce*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lily Choyce, *individually and on behalf of those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Bay Area Credit Service LLC, <br><br> Defendant. | Case No.: 2:16-cv-02596-JCM-PAL <br><br> **Stipulation of Dismissal** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Lily Choyce ("Plaintiff") and Defendant Bay Area Credit Service LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's individual claims against Defendant, and without prejudice the class allegations only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of February 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**HINSHAW & CULBERTSON LLP**

By: /s/ Carlos A. Ortiz
Carlos A. Ortiz, Esq.
222 N. La Salle Street, Suite 300
Chicago, IL, 60601

**GINA MUSHMECHE, ESQ.**

Gina Mushmeche, Esq.
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123

*Attorneys for Defendant*
*Bay Area Credit Service LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 8, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 6, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148